Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Arizona

___Tucson___ Division

| | | |
|---|---|---|
| **TARYN CHRISTIAN** | ) | Case No.  **CV21-00733-PHX-DWL--ESW** |
| | ) | |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | |
| **CORECIVIC et al** | ) | |
| (see attached page 1) | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) | |

FILED ___ RECEIVED ___ LODGED ___ COPY

APR 26 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | TARYN CHRISTIAN |
   | All other names by which you have been known: | |
   | ID Number | A4004046 |
   | Current Institution | Saguaro Correctional Center |
   | Address | 1252 E. Arica Road |
   | | Eloy / AZ / 85131 |
   | | City / State / Zip Code |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   
   | | |
   |---|---|
   | Name | (See Attached at page 1) |
   | Job or Title *(if known)* | |
   | Shield Number | |
   | Employer | |
   | Address | |
   | | City / State / Zip Code |

   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2
   
   | | |
   |---|---|
   | Name | (See Attached at page 1) |
   | Job or Title *(if known)* | |
   | Shield Number | |
   | Employer | |
   | Address | |
   | | City / State / Zip Code |

   ☐ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                   (See Attached at page 1)
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

    _____  _____  _____
             City                  State                Zip Code
    ☐ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name                   (See Attached at page 1)
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

    _____  _____  _____
             City                  State                Zip Code
    ☐ Individual capacity    ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Violation of the First and Eighth Amendment;
    Violation of the Due Process Clause of the Fourteenth Amendment;
    Violation of the Equal Protection Clause of the Fourteenth Amendment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(See Attached at page 2)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

n/a

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Events arose at Suguaro Correctional Center, Eloy, Arizona during period of 4/1/18 through to the present time of this filing.

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

During period of 4/1/18 through to the present time of this filing.

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(See Attached at page 2 - Claim 1; Claim 2; Claim 3; Claim 4)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(See Attached at page 2 - Claim 1; Claim 2; Claim 3)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff Requests an Extention of Time to Hold in Abeyance the Processing and Adjudication of his 1983 Complaint to toll the statute of limitations due to the prison's current lockdowns in light of COVID-19, and because of circumstances of his case in the federal courts which Plaintiff anticipates will involve his transfer back to Hawaii for hearings as has previously occurred in 2014 through 2016.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Suguaro Correctional Center, Eloy, Arizona

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All claims. (See Attached at page 2-3)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events descirbed in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Saguaro Correctional Center, Eloy, Arizona

2. What did you claim in your grievance?

   (See Attached Claims related to medical, religious diet.)

3. What was the result, if any?

   No resolution

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Grievance process completed without any resolution

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

            n/a

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

            n/a

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

n/a

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____N/A_____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____ N/A _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Taryn Christian* 4/1/21

Signature of Plaintiff

Printed Name of Plaintiff: Taryn Christian

Prison Identification #: A4004046

Prison Address: Saguaro Correctional Center

1252 E. Arica Rd, Eloy / AZ / 85131
City / State / Zip Code

### B.   For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

_____ / _____ / _____
City / State / Zip Code

Telephone Number
E-mail Address

## ATTACHED DOCUMENTS

## DEFENDANTS

Former Warden, Todd Thomas; former assistant warden, Benjamin Greigo; assistant warden Bradley; Dr. Michael Hegmann; Grievance Off. Valenzuela; NP, Michelle McCray, Nurse, Cathy Fuller; Nurse, Morgan; Saguaro Medical Supervisor, E. Barajas; Hawaii Medical Director, Dr. Caroline Mee; Hawaii Contract Monitor, Howard Komori; Onsite Contract Monitor, Jennifer Bechler, Kitchen Supervisor of Trinity Food Service.

## CAUSE OF ACTION

### Claim I: Medical Care

Plaintiff asserts his claim under the Eighth and Fourteenth Amendments ban on cruel and unusual punishment against CoreCivic and its officers for their failure to provide medical treatment by denying Plaintiff's reasonable requests for further diagnosis by either the prison's medical doctor and/or, a medical specialist such as orthopedic doctor for his serious medical condition that persists after suffering a seizure and loosing consciousness on 4/1/2018. Prior to this event, Plaintiff had suffered extreme pain in his back/spinal area for many years without diagnosis by the facility's medical staff.

Specifically, since Plaintiff's seizure occurrence on 4/1/2018, Plaintiff has developed medical symptoms that include, extreme dizziness, vision impairment, numbness in hands and feet, periods of afib, ringing in ears, pressure on left eye, extreme stiffness in the joints, neck and spine.

The ongoing failure to provide Plaintiff adequate and reasonable medical treatment demonstrates CoreCivic prison officials are acting with deliberate indifference, and exposing Plaintiff to a sufficiently substantial "risk of serious damage to his future health..." Despite Plaintiff's blood tests showing a demineralization of the spine and that his symptoms are consistent with the condition of spinal stenosis and/or osteoporosis of the scull, CoreCivic medical doctor has refused to provide further medical diagnosis which would provide reasonable and appropriate treatment.

The Supreme Court has explained that "deliberate indifference entails something more than mere negligence . . . [but] something less than acts or omissions for the very purpose of causing harm or with the knowledge that harm will result." Id., at 835.

### Claim II: Religious Diet /Retaliation and Threat to Safety

Plaintiff asserts a violation of his First Amendment Rights against Corecivic and its officers for retaliation against him for filing his grievances related to being arbitrarily denied his religious diet despite being approved by the former Chaplain.

Plaintiff asserts that former assistant warden, Benjamin Greigo, was the "moving force" behind the retaliation against Plaintiff by his actions in physically destroying Plaintiff's grievance documents by throwing them in the trash, swearing obscenities at Plaintiff, threatening segregation and bodily injury, despite that Plaintiff had been approved for his religious meals by the former Chaplin.

### Claim III: Equal protection

Plaintiff asserts a violation of the Equal Protection Clause against which requires that persons who are similarly situated be treated alike.

Plaintiff asserts that the discriminating actions undertaken by CoreCivic and its officers, that includes Kitchen Supervisor of Trinity Food Service (name unknown) who played apart and/or was the "moving force" behind the violation denying Plaintiff his approved religious meals, contravenes the standard policy of the State of Hawaii, CoreCivic and Trinity Food Service, whereas there is no rational basis for the difference in treatment.