UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

CV21-00733-PHX-DWL--ESW

TARYN CHRISTIAN

    Plaintiff

vs

CORECIVIC et al.,

    Defendants

CIVIL NO._____

[FILED / RECEIVED / LODGED / COPY stamp: APR 26 2021, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY ____ DEPUTY]

## EX PARTE REQUEST FOR STAY/HOLD IN ABEYANCE PLAINTIFF'S COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff, Taryn Christian in pro se, respectfully moves the District Court for a Stay/Hold in Abeyance the adjudication of his Complaint made pursuant to 42 U.S.C. § 1983 and to toll the statute of limitations for good cause shown, due to the exceptional circumstances involving the COVID-19 global pandemic and because Plaintiff has a reasonable expectation that he will be transported back to the state of Hawaii in upcoming months due to current proceedings in his federal habeas corpus case. Previously, when Plaintiff was transported back to Hawaii in 2014 through 2016 to attend the federal hearings, Plaintiff later learned that all his documentation regarding his prior grievances related to his medical issues had been destroyed by prison officers. By holding Plaintiff's complaint in abeyance in

the exceptional circumstances presented, Plaintiff will be afforded the proper due process he was previously denied.

Under such circumstances, Plaintiff respectfully requests that a period of 1 year from this filing be granted to toll the statute of limitations whereas Plaintiff has exhausted his administrative remedies regarding his claims.

## DECARATION OF TARYN CHRISTIAN

I, Taryn Christian, do solemnly declare:

1. I am the Plaintiff filing for a request to stay the proceedings of a prisoner's civil rights complaint pursuant to 42 U.S.C § 1983 against CoreCivic and its officers involving constitutional violations regarding (1) the denial of reasonable medical treatment, (2) retaliation involving filing of grievances related to religious meals and (3) violation of equal protection under the law;

2. Due to the exceptional procedural posture of my case in the federal courts, I anticipate that I will once again be transported back to the State of Hawaii to attend hearings in my case;

3. For good cause shown, I am asking the district court to hold my complaint in abeyance to allow me the opportunity to have a fair adjudication of my claims.

I DECLARE UNDER THE PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO MY KNOWLEDGE AND BELIEF.

Dated April 4-1-21 2021,

*Taryn Christian*
TARYN CHRISTIAN