TARYN CHRISTIAN #A4004046
Name and Prisoner/Booking Number

SAGUARO CORRECTIONAL CENTER
Place of Confinement

1250 E. ARICA RD.
Mailing Address

ELOY, AZ. 85131
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 2 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

TARYN CHRISTIAN ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) TODD THOMAS ,
(Full Name of Defendant)

(2) "AND OTHERS" ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-733-PHX-DWL (ESW)
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL DEMANDED

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: SAGUARO CORRECTIONAL CENTER / ELOY

Revised 12/1/20                            1                                    **550/555**

# DEFENDANTS

(1) TODD THOMAS
(2) BENJAMIN GRIEGO
(3) JODY BRADLEY
(4) MICHAEL HEGMANN
(5) MICHELLE MCCRAY
(6) CATHY FULLER
(7) LADEANA MORGAN
(8) NURSE E. BARAJAS
(9) CAROLINE MEE
(10) HOWARD KOMORI
(11) JENNIFER BECHLER
(12) TRINITY FOOD SERVICE "SUPERVISOR"
(13) CHAPLAIN M. LOPEZ
(14) GRIEVANCE OFFICER "VALENZUELA"

## B. DEFENDANTS

1. Name of first Defendant: __Todd Thomas__. The first Defendant is employed as: __"former" Warden__ at __Saguaro Correctional Center__.
   (Position and Title)                     (Institution)

2. Name of second Defendant: __Benjamin Griego__. The second Defendant is employed as: __"former" Assistant Warden__ at __Saguaro Correctional Center__.
   (Position and Title)                     (Institution)

3. Name of third Defendant: __Jody Bradley__. The third Defendant is employed as: __Assistant Warden__ at __Saguaro Correctional Center__.
   (Position and Title)                     (Institution)

4. Name of fourth Defendant: __Michael Hegmann__. The fourth Defendant is employed as: __"former" head doctor of medical department__ at __Saguaro Correctional Center__.
   (Position and Title)                     (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

B. DEFENDANTS

5. Name of fifth Defendant: Michelle McCray. The fifth Defendant is employed as: "former" Nurse Practitioner (Position and Title) at Saguaro Correctional Center (Institution)

6. Name of sixth Defendant: Cathy Fuller. The sixth Defendant is employed as: "former" Nurse Practitioner (Position and Title) at Saguaro Correctional Center (Institution)

7. Name of seventh Defendant: LaDeana Morgan. The seventh Defendant is employed as: Nurse Practitioner (Position and Title) at Saguaro Correctional Center (Institution)

8. Name of eighth Defendant: E. Barajas. The eighth Defendant is employed as: Nurse Medical Supervisor (Position and Title) at Saguaro Correctional Center (Institution)

9. Name of ninth Defendant: Caroline Mee. The ninth Defendant is employed as: Doctor Medical Director (Position and Title) at HI. Dept. of Public Safety (Institution)

10. Name of tenth Defendant: Howard Komori. The tenth Defendant is employed as: HAWAII Contract Monitor (Position and Title) at HI. Dept. of Public Safety (Institution)

11. Name of eleventh Defendant: Jennifer Bechler. The eleventh Defendant is employed as: Onsite Contract Monitor (Position and Title) at Saguaro Correctional Center (Institution)

12. Name of twelfth Defendant: Unknown SUPERVISOR. The twelfth Defendant is employed as: Trinity Food Service Supervisor (Position and Title) at Saguaro Correctional Center (Institution)

13. Name of thirteenth Defendant: M. Lopez. The thirteenth Defendant is employed as: Chaplain (Position and Title) at Saguaro Correctional Center (Institution)

14. Name of fourteenth Defendant: J. Valenzuela. The fourteenth Defendant is employed as: Grievance Officer (Position and Title) at Saguaro Correctional Center (Institution)

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __EQUAL PROTECTION__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have been a practicing Jewish inmate for over 10 years. In 2019 I was approved for Passover. Half way through Passover on 4-25-19 I was cut off because I did not wake up for the 4:00 am breakfast. Chaplain "Edmerson" stated they cant cut you off for missing breakfast, and immediately placed me back on the list by emailing the kitchen. At dinner the Trinity Kitchen Supervisor (Name Unknown) stated "I know the Chaplain put you back on, but I havent updated my list so you aint getting it tonight." I complained to Assistant Warden "Griego" who over saw the kitchen. He stated Im a "fake Jew" and he aint putting me back on. Grievance officer "Valenzuela" denied my grievance stating "I didnt follow the process" and "this is on you". He personally stated "he cant approve it for fear of being fired," by "Griego". Warden Todd Thomas stated in the Appeal "it will be addressed at the next scheduled grievance". Nothing happened. Chaplain Edmerson quit shortly after stating "Griego" would not allow him to do his job. Since then I requested multiple times with the new chaplain "Lopez" to be placed on the Kosher diet. I never received an answer. I requested to participate in the 2020 Passover but my request was never answered. I requested to participate in the 2021 Passover and was told in writing by "Lopez" I filled out a 20-4c declaration of Religious preference to identify as "Christian" in 2019. I never changed my Religion. I requested to be provided a copy of this document. "Lopez" stated he couldnt find it. He then stated "You did not participate in any Jewish holy days all during 2020. In order.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   For 2 years I have not been able to practice my Religious beliefs because I have been told I am a "Christian". I have not been allowed to attend services, eat a Kosher diet, partake in Passover or partake in Jewish fasts.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

3

# COUNT 1

## Supporting Facts (Continued)

to participate, one must be active in that particular faith for at least six months prior to the event". I was not allowed to participate in any Jewish events/holy days because the facility changed my Religious preference to Christian without my knowledge and then refused to answer my requests. I have found out that many other inmates on the Kosher diet were unknowingly changed to the Christian faith so the facility could limit the amount of Kosher diets served. Assistant Warden "Powell" on 4-16-21 denied my grievance stating "I was taken off the Kosher diet for non-compliance, and that the Chaplain has me listed appropriately." Warden Kline approved my appeal stating "I was being changed back to the Jewish Faith."

- The Trinity Kitchen Supervisor violated my right to practice my religious beliefs for the simple reason that I didn't wake up for breakfast at 4:00 AM
- Assistant Warden "Griego" who oversaw the Kitchen had to approve of any inmate being canceled. He called me a "fake Jew" and wouldn't allow me back on my religious diet.
- Grievance Officer "Valenzuela" violated my religious rights by ignoring the evidence provided for fear of A.W. "Griego's" retaliation.
- Warden Todd Thomas violated my right to practice my religious beliefs by allowing his staff to deny me for no legitimate reason.
- I spoke with Howard Komori (Hawaii Contract Monitor) who did nothing.
- I wrote Jennifer Bechler (Onsite Contract Monitor) who never responded. In 4½ years I have never seen her. I have requested to speak with her but never received an answer.

3A

# COUNT II

1. State the constitutional or other federal civil right that was violated: <u>FIRST AMENDMENT</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I filed a grievance that the facility was not serving a proper Kosher diet. My grievance was not being answered by grievance officer "Valenzuela" so I filed a complaint with Assistant Warden "Bradley". "Bradley" gave my complaint to Assistant Warden "Griego". I was called to "OPS" where I was instructed by "Bradley" to go into "Griego's" office. Valenzuela was already there. "Griego" told me to sit in the chair and called the "Chief" in. The Chief (name unknown) stood behind me making physical contact with the back of my head with his belt/groin area. When I looked behind me the Chief instructed me to look forward. "Griego" then started yelling and swearing at me at the top of his voice. Calling me "a piece of shit inmate, just like the rest of these Hawaiians." For about 5) minutes he yelled and used every profane name in the book. His finger an inch or two from my face as he swore and threatened me. He threw the grievance at me and said "go ahead, fill it out and I'll put you so far in the back that Will Espero (Hawaii Senator) won't be able to get you out." He then grabbed it out of my hands saying "fuck that, get the fuck out of my office before I put you in seg," while tearing up my grievance. (I do not have the date of this incident because all my "legal" papers were removed from my property both times I flew back to Hawaii for court.)
   - A/W "Bradley" violated my first amendment rights by allowing A/W Griego to retaliate for filing a grievance.
   - A/W "Griego" was the moving force behind the threats
   - Grievance Officer "Valenzuela" could have informed the Warden or CCA corporate office that Griego was threatening inmates, for filing grievances.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was not allowed to challenge the fact that the facility was taking food from the regular diet line, putting it on an orange tray and calling it a Kosher diet. For years we were being served non kosher food.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was threatened with segregation if I continued, and felt threatened physically by the chief making physical contact with his belt/groin into the back of my head.

# COUNT III

1. State the constitutional or other federal civil right that was violated: __EIGHTH AMENDMENT__.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 4-1-18 I blacked out and had a seizure in the unit. I was taken to medical on a stretcher. I was seen by a nurse and told I was probably just dehydrated. Ever since I have had the following: (dizziness, back and neck pain, Afib, weakness in arms and legs, blurry vision, ringing ears, pressure on left eye, shortness of breath, numbness in hands and feet, lost 2 inches in height). On 5-2-18 case manager "Rodriguez" called medical supervisor for me to come to medical but was told "no". I submitted medical request. On 5-5-18 I saw N.P. "Cathy Fuller". On 5-7-18 I went to medical because of pain and dizziness. A nurse was examining me when N.P. "Cathy Fuller" walked by and said "why are you here again?" She told the nurse to leave and felt my neck and said "there's nothing wrong". When I explained the blood in my eye on the 4-1-18 event "Fuller" stated "that's impossible, you must have been punched in the eye and you don't want to tell." She stated "I don't have time for this" and instructed me to leave. I filed complaint against "Fuller". In a 2-month period I filed 6 requests to see the doctor. On 6-7-18 I finally saw Dr. Michael Hegmann who ordered a CT scan to make sure I had no tumor. I informed him what I thought was wrong. He said "if there's no brain tumor, then we can do more tests to figure out what's going on." So I agreed. Once the test came back negative Dr. Hegmann said "there's nothing wrong" and wouldn't see me again. I requested to see the doctor on 7-2-18 but he refused, and again on 7-10-18. On 9-3-18 I saw N.P. Michelle McCray. I had to argue with "McCray" to GET AN XRAY OF MY THORACIC SPINE. I insisted their was something wrong in that area because of the pain I was in. On 9-6-18 my xray showed "Bone demineralization present". A blood test showed not getting ___.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Since 4-1-18 I have been dizzy every day. I have blacked out three times. I have been in pain for 3)years. Because of lack of treatment my symptoms are getting worse (numb feet) making it hard to walk some days. I have difficulty breathing some days.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## COUNT III

Supporting Facts (Continued)

nutrients in the bones. On 9-24-18 I saw N.P. "McCray" who said my "tests were great/nothing wrong." She did not know I had a copy. I confronted her on this issue that my xray and blood test were not normal and had to argue for nutrients for the bones. McCray showed me the computer system and explained how the "red sad face" next to medications/supplements are not to be given. She stated "the corporate office doesn't allow because of cost." She stated "they are making her job very hard to treat us." I demanded calcium for my bones and she stated "I guess I can give that to you if you feel you really need it." She told me to "pray, meditate, read and walk". On 1-7-19 I saw N.P. McCray and informed her I had been taking "Glucosamine" from the commissary for 3-months and it has helped my spine and my dizziness/pain etc. are almost all gone. She said "thats great continue taking it then". I informed her that the commissary stopped selling it and asked her to prescribe it. McCray said "the higher ups wont approve it because its too expensive". We got into an argument about medical being more concerned with profit than treatment. I informed her I will be filing a grievance if this continues. McCray ran out and N.P. Morgan came in instructing me to leave medical because they dont have time to go over all my symptoms. She said we have other inmates to see. The medical unit was empty. She ordered me out so I left and filed a complaint. On 2-6-19 "McCray" and "Morgan" spoke with me because of my complaint. They stated my "tests dont mean anything and that Im just getting old." McCray denied ever showing me the "red sad face" on their computer system. They said because I keep complaining these are signs of mental illness and I need to see the psych or they wont see me again. Morgan stated osteoparosis is from aging and with aging you have pain. My medical file for this meeting states that they witnessed me having a hard time breathing "taking deep breaths". On 2-13-19 I filed my grievance. Appeals denied. On 4-13-19 I filed a Hawaii Grievance. Dr. Caroline Mee denied my grievance stating my improvements from taking glucosamine were from the "placebo" effect. Another blood test on 6-10-19 by N.P. Walker shows problem with the bones, assessment "vertigo". On 12-12-19 I spoke with Dr. Hegmann. He said N.P. Morgan told him Im a hypochondriac. I asked him so how do you explain blood in my eye, then blacking out and having a seizure. He said the blood in eye had no connection with blacking out. I ask how do you explain the blood tests and xray. He got very upset stating "I dont have to explain anything to you, were done here and I will not see you again on this issue". I replied "if I black out and have another seizure you will be seeing me." He stated "I will take that as a threat and

5A

## COUNT III

**Supporting Facts (Continued)**

said he wants me put in seg as he walked into Morgans office and slammed the door.
On 7-10-20 the new doctor "Boru Nale" treated me for a kidney stone. On 5-28-21 Dr. Nale ordered an "allergy" diet due to headaches from M.S.G. All prior requests for this diet were denied by the N.P.'s and Dr. Hegmann stating the facility doesnt like us writing too many diets and to "self select." Dr. Nale immediately authorized me to be sent to a Neurologist when he heard about numbness in hands and feet. The Neurologist on 7-22-21 ordered an M.R.I. of the head and neck. I am currently waiting for this test/scan.

- N.P. Cathy Fuller told my examing nurse to leave (interfering with my medical care) and then ordered me to leave violating my Eighth Amendment rights.
- N.P. Michelle McCray violated my Eighth Amendment rights by lying about my test results. Failing to properly treat me due to profit margins. Ignoring her own test results (indicating a possible problem) while telling me to pray meditate etc. Ignoring the fact that she witnessed me having a hard time breathing which could result in serious harm.
- N.P. LaDeana Morgan (same as McCray) and ordering me to leave medical without hearing my symptoms because she's too busy put my health at risk and prolonged my pain. Telling all other involved medical staff Im a hypochondriac and just want attention which contradicts my tests showing a bone problem.
- Doctor Michael Hegmann violated my Eighth Amendment rights when he refused to see me, threatened me with seg, would not treat me because of costs, threatening me when I asked him to correct inaccurate statements he wrote in my medical file. Stating its all for attention eventhough I had seizure in view of a camera.
- E. Barajas and Warden Todd Thomas who denied my grievance allowing staff to chose profits over treatment, causing multiple years of pain and suffering.
- Dr. Caroline Mee. for claiming my improvements from taking glucosamine were the "placebo" effect while ignoring my tests, ignoring my requests to see a specialist while acknowledging my AFIB. Ignoring the seriousness that this started when I black out and had seizure on camera and have blacked out twice since.

5B

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Punitive damages

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-29-2021___  ___Jaryn Christian___
　　　　　　　　DATE　　　　　　　　　　　　　SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed this 7-29-2021 to:

Warden: S. Wead
Saguaro Correctional Center
1250 E. Arica Rd.
Eloy, AZ. 85131

Taryn Christian (Plaintiff)

*Taryn Christian*