**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Taryn Christian,

          Plaintiff,

v.

Todd Thomas, et al.,

          Defendants.

No. CV-21-00733-PHX-DWL (ESW)

**ORDER**

Plaintiff is a pro se prisoner confined in the Saguaro Correctional Facility in Eloy, Arizona.  Pending before the Court is Plaintiff's First Amended Complaint (Doc. 7) which alleges violations of 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 1915A(a), the Court screened Plaintiff's First Amended Complaint and ordered Plaintiff to file a Notice of Substitution regarding Defendant Trinity Food Service Supervisor Unknown within 120 days of the filing of the Order (Doc. 8 at 17).

On December 27, 2021, Plaintiff filed a Notice of Substitution (Doc. 15) which requests substitution of Defendant Trinity Food Service Supervisor Unknown with Defendant Trinity Food Service Supervisor Esparza.  However, Plaintiff indicates that he has not ascertained proposed Defendant Esparza's first name or his location for purposes of service of process.  Plaintiff alternatively requests that the Court construe the Notice of Substitution as a subpoena motion to enable Plaintiff the opportunity to obtain information necessary to effectuate service of process on Defendant Trinity Food Service Supervisor Unknown, now identified as "Esparza."  Therefore, the Court will substitute Defendant

Trinity Food Service Supervisor Esparza for Defendant Trinity Food Supervisor Unknown. The Court will further provide Plaintiff with a subpoena duces tecum to obtain the current work address of Defendant Trinity Food Service Supervisor Esparza from Defendant's employer to facilitate completion of a service packet to be returned to the Clerk of Court and forwarded to the United States Marshal's Service ("USMS") for service of process. Plaintiff may alternatively request in his subpoena duces tecum to Defendant's employer Defendant's last known home address to be filed under seal should Defendant Trinity Food Service Supervisor Esparza no longer be employed by the employer Plaintiff identifies in his subpoena duces tecum.

**IT IS ORDERED** granting Plaintiff's "Notice of Substitution" (Doc. 15). Defendant Trinity Food Service Supervisor Esparza is substituted for Defendant Trinity Food Service Supervisor Unknown.

**IT IS FURTHER ORDERED** that:

1. The Clerk of Court is directed to issue and send to Plaintiff two subpoenas duces tecum in blank.

2. Plaintiff shall complete the subpoenas duces tecum requesting documents that would contain a current work and/or home address to be filed under seal for Defendant Esparza and return the subpoena(s) duces tecum to the Clerk of Court on or before February 1, 2022.

3. Upon receipt of the completed subpoena(s), the Clerk of Court is directed to forward them to USMS for service.

**IT IS FURTHER ORDERED** that:

1. Plaintiff must complete the subpoena(s) such that the documents requested are returned to the Court, not to Plaintiff.

2. Upon receipt of the documents, the Clerk of Court is directed to file the documents containing the home address of Defendant Esparza under seal.

3. Upon receipt of the address of Defendant Esparza, the Clerk of Court is directed to complete a service packet and forward it to the United States Marshal for service.

4. Service shall be made within ninety (90) days of the date of this order at Government expense by the United States Marshal or his authorized representative pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure.  Failure to accomplish service within this time period may result in dismissal of Plaintiff's claims for failure to serve pursuant to Fed. R. Civ. P. 4(m).

5. Defendant has twenty (20) days from the date of service within which to answer or otherwise respond to the Complaint as provided by the Federal Rules of Civil Procedure.

Dated this 11th day of January, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge