Taryn Christian
Saguaro Correctional Center
1250 E. Arica Rd.
Eloy, AZ. 85131



UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Taryn Christian (Plaintiff)

v.

CoreCivic, et al., (Defendants)

No. CV-21-00733-PHX-DWL(ESW)

MOTION FOR LEAVE TO AMEND

The petitioner requests permission from this court to file a "Second Amended Complaint". The Second Amended Complaint adds (3) three new complaints to the original complaint still pending in this court. These claims were not ripe for filing at the time the original complaint was filed.

Taryn Christian (Petitioner)
Taryn Christian

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed this 1-19-2022 to:

Rachel Love
Eden G. Cohen
3100 West Ray Road Suite 300
Chandler, AZ. 85226

(Attorneys for Defendants)

Taryn Christian (Plaintiff)

*Taryn Christian*