TARYN CHRISTIAN #A4004046
Name and Prisoner/Booking Number

SAGUARO CORRECTIONAL CENTER
Place of Confinement

1250 E. ARICA RD.
Mailing Address

ELOY AZ. 85131
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

TARYN CHRISTIAN,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) CORE CIVIC, ET AL.,
(Full Name of Defendant)

(2) "AND OTHERS",

(3) _____,

(4) _____,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-00733-PHX-DWL (ESW)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL DEMANDED
☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: SAGUARO CORRECTIONAL CENTER / ELOY

Revised 12/1/20                                         1                                         550/555

## DEFENDANTS

(1) TODD THOMAS (FORMER WARDEN)
(2) BENJAMIN GRIEGO (FORMER ASSISTANT WARDEN)
(3) M. LOPEZ (CHAPLAIN)

### ADDITIONAL DEFENDANTS ADDED

(4) PITZ (TRINITY FOOD SERVICE SUPERVISOR)
(5) POWELL (ASSISTANT WARDEN)
(6) S. WEAD (WARDEN)
(7) TRINITY DIETITIAN FOR SAGUARO (NAME UNKNOWN)

## B. DEFENDANTS

1. Name of first Defendant: __Todd Thomas__. The first Defendant is employed as: __"former" Warden__ at __Saguaro Correctional__.
   (Position and Title) (Institution)

2. Name of second Defendant: __Benjamin Griego__. The second Defendant is employed as: __"former" Assistant Warden__ at __Saguaro Correctional__.
   (Position and Title) (Institution)

3. Name of third Defendant: __M. Lopez__. The third Defendant is employed as: __Chaplain__ at __Saguaro Correctional__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __(see next page)__. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS

(ADDITIONAL DEFENDANTS ADDED)

4. Name of fourth Defendant: __Pitz__. The fourth Defendant is employed as __Trinity Food Service Supervisor__ at __SAGUARO CORRECTIONAL__
(Position and Title)                (Institution)

5. Name of fifth Defendant: __POWELL__. The fifth Defendant is employed as: __Assistant Warden__ at __SAGUARO CORRECTIONAL__
(Position and Title)                (Institution)

6. Name of sixth Defendant __Sean Wead__. The sixth Defendant is employed as __Warden__ at __SAGUARO CORRECTIONAL__
(Position and Title)                (Institution)

7. Name of seventh Defendant __Name UNKNOWN__. The seventh Defendant is employed as __Trinity Food Service "Dietitian"__ at __SAGUARO CORRECTIONAL__
(Position and Title)                (Institution)

Case 2:21-cv-00733-DWL-ESW   Document 19   Filed 01/21/22   Page 5 of 11

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment Claim</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1A) On 5-28-21 the facility doctor approved me for an "Allergy Diet" stating "M.S.G Intolerance". (M.S.G. is abbreviated for monosodium glutamate.) The result of eating M.S.G. causes extremely painful headaches. The Kitchen used to serve plain meat products for the allergy diets but now serves the allergy diets the same meat that is served to the regular meal tray, such as (processed turkey ham, processed turkey, processed chicken, processed hamburgers, bologna, salami). The Kitchen is constantly purchasing different types of these meats depending on prices and availability which means the ingredients are constantly changing. I have been getting ill from these products ever since starting this diet. I have written Trinity Food Services Supervisor "Pitz" who operates the Saguaro kitchen concerning this issue. I have asked the issue be corrected by the easiest means possible, that is to serve foods that the Kitchen already has such as (plain meats, leftover eggs from breakfast or boiled eggs, cheese, etc.) My multiple requests to "Pitz" go unanswered and refuses to fix the problem. I have written Assistant Warden "Powell" who oversees the Kitchen. I have spoken with A.W. "Powell" approximately ten times. "Powell" stated she spoke with the dietitian who oversees the menu. "Powell" addressed my concerns with the dietitian that their are allergy ingredients in the food being served. The dietitian stated I can eat them because, their's only a minimal amount in these items. The labels for these items do not state the amount of allergy ingredients used. I stated to "Powell" we

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Due to a diet that has "less food" and my inability to eat the protein due to M.S.G. I go hungry many days and have lost weight. I have gone through excruciating headaches when I have eaten some of these processed meats.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ASSISTANT WARDEN "POWELL" STATES I CANNOT GRIEVANCE THE MENU.

3

## COUNT 1

Supporting Facts (cont.)

are not supposed to have any allergy ingredients. I informed "Powell" their are six different types of wheat listed in the hamburger ingredient label so this is not a minimal amount of allergy items as the dietitian states. I have asked for the name and contact info for this dietitian so I may try to fix this issue with him/her but I am denied this request. My requests to the Warden have gone unanswered. "Powell" has spoken with "Pitz" and stated nothing more will be done and not to eat the item if it makes me ill. There are approximately 46 meals out of 84 which contain M.S.G. There are days when I eat just rice and carrots trying to get full. This results in a nutritionally deficient diet.

1B) The dietitian has designed the allergy menu so that allergy items are removed from the meal with no substitution. There are approximately 45 out of 84 meals where one or more items are removed with no substitution. For example on Pork Luau day the (biscuit, mac salad, kimchi) are all removed with no substitution. So I am served a meal that is literally half the size of every one else. Another example on "Chicken Cordon Bleu" the (chicken patty, bun, and cheese) are all removed with no substitution. The grievance officer has confirmed this in writing. When items are removed from the tray with no substitutions this creates a "nutritionally deficient" diet. I have lost weight while on the allergy diet. I have written Kitchen supervisor "Pitz" concerning this issue but she refuses to correct this issue. I have written A.W. "Powell" who stated she spoke to the dietitian and Pitz and stated the menu will not be changed. I asked "Powell" for the contact info. for the dietitian so I may address my issues with him/her. Powell stated she would not provide me with that info. I have written a complaint to the Warden but have never received an answer. The last time I spoke with A.W. "Powell" in the cafeteria about a second time of not being fed, she yelled at me stating "it's over, what do you want me to do about it now" and walked away. Since being yelled at I have not spoken to her since. There are some days when I go hungry when there is hardly any food on the tray which is "cruel and unusual punishment" which has resulted

3A

## COUNT 1

Supporting Facts (cont.)

in losing weight. It is unknown if the poor quality of food and the kitchen's constant "watering" down the food with flour and cornstarch has contributed to my "degenerative disc disease" and "bone demineralization". There are many days when I eat no protein because the kitchen does not substitute for whats removed and/or the processed meat that is served makes me ill. Saguaro facility subcontracts their feeding obligation to Trinity Food Service. The Warden and assistant warden both have the "supervisory role" to make sure that this subcontracted feeding is providing adequate nutrition. I have alerted both, and both refuse to fix the issue. The Trinity Food Service supervisor "Pitz" has been alerted multiple times and refuses to fix the issue. The Trinity dietitian has been made aware that the processed meats have been making me ill and he/she still refuses to fix the issue. All individuals listed in this complaint have the ability to fix these issues either individually or collectively, but all refuse.

3B

# COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 6-8-21 the kitchen was shut down for cleaning. A sign was posted on the kitchen wall at breakfast time stating "special diets will be delivered at lunch". Only Kosher meals were delivered, no medical diets were sent to the units. Case Manager "Leon" and officer "Ageary" both called the kitchen requesting medical meals for myself and other inmates. The kitchen sent no food. When I filed a grievance, the kitchen supervisor "Pitz" stated all medical sacks were delivered and no call backs were made. My grievance was denied. I appealed to the warden asking him to speak with "Leon" and "Ageary" to confirm they both contacted the kitchen which would prove I was not fed lunch or dinner. I also asked the warden review the cameras to see that no medical diets were sent (I sat there in the unit with no food while everyone else ate their meals). The warden refused to speak with officers "Leon" and "Ageary" and refused to review the unit camera allowing kitchen supervisor "Pitz" to lie about the fact that she sent no food eventhough two officers called her. This cannot be considered a mistake by "Pitz" as two officers contacted her hours apart and Ms. Pitz still refused. The warden denied my appeal stating "No further action will be taken".

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   While the other inmates were fed their meals I went hungry for lunch and dinner because kitchen supervisor "Pitz" refused to send my medical diet. This is "cruel and unusual" punishment. I also get dizzy at night when I don't eat (documented with medical).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __FOURTH AMENDMENT__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☒ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 5-12-21 the facility was locked down for a "shake down" of all inmate cells. The officers who searched my cell confiscated/removed my personal property such as (art supplies, magazines etc.) without any notification. I had to figure out what was taken once locked back in the cell. I filed a "lost property claim" after attempting to grievance. My claim was denied stating the property could have been altered and not necessarily have my name on them. I appealed and was told that I couldn't prove the property was in my possession the day of the search. I asked the Warden who denied my claim to review the camera footage which would show property being removed from my cell. The warden stated there is no footage. Apparently the warden isn't aware that I know Saguaro's security camera system stores (6) six months of footage.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Approximately $117.00 worth of personal property was disposed of without giving me the opportunity to send home if it was not allowed to be in my possession.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I filed a grievance and was told property cannot be grievanced so I filed a "lost/damaged/stolen personal property claim" which was appealed and denied.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Injunctive relief: I am asking for a nutritionally adequate diet, foods removed should be substituted and foods with MSG should be substituted with foods the kitchen already has such as (plain meats, egg, cheese, fish etc.)

Compensatory damages: for the loss or destruction of my personal property.

Punitive damages: for refusing to feed me when alerted by 2) different officers.

Punitive damages: for staff who know the MSG foods are making me ill and refuse to fix the issue disreguarding my health. Punitive damages: for staff who have been made aware that the allergy diet is nutritionally inadequate and refuse to fix the issue, creating a wanton disreguard for the prisoners health.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1-19-2022___
DATE

___Jaryn Christian___
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed this 1-19-2022 to:

Rachel Love
Eden G. Cohen
3100 West Ray Road Suite 300
Chandler, AZ. 85226

(Attorneys for Defendants)

Taryn Christian (Plaintiff)

_Taryn Christian_