**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taryn Christian, | No. CV-21-00733-PHX-DWL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

The Court has considered Defendant Pitz's Motion to Extend Discovery and Dispositive Motions Deadlines (Doc. 59). CoreCivic Defendants have no objection. Good cause appearing,

IT IS ORDERED granting the Motion to Extend Discovery and Dispositive Motions Deadlines (Doc. 59).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Defendants' expert witnesses | **January 7, 2023** |
| All discovery | **February 6, 2023** |
| Dispositive motions | **April 6, 2023** |

The remainder of the scheduling Orders (Doc. 14, 43) are affirmed.

The parties are advised of the Court's policy not to extend the dispositive motion deadline beyond the two-year anniversary of the date of commencement of an action.

Dated this 4th day of October, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge