**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taryn Christian, | No. CV-21-00733-PHX-DWL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic, et al., | |
| Defendants. | |

The Court has considered Defendants Pitz and Giunta's Motion to Extend Dispositive Motions Deadline (Doc. 79).  Good cause appearing,

IT IS ORDERED granting the Motion to Extend Dispositive Motions Deadline (Doc. 79).

IT IS FURTHER ORDERED extending the dispositive motion deadline as to all Defendants who have appeared in this case to **April 26, 2023**.  Additional extensions will not be granted absent extraordinary circumstances.

Dated this 10th day of April, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge