**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taryn Christian,<br><br>    Plaintiff,<br><br>v.<br><br>CoreCivic, et al.,<br><br>    Defendants. | No. CV-21-00733-PHX-DWL (ESW)<br><br>**ORDER** |

The Court has considered "Defendants Thomas, Griego, Lopez, Wead, and Powell's Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Motion for Sanctions (Dkt. 85, 102.)" (Doc. 109) and "Defendants Thomas, Griego, Lopez, Wead, and Powell's Amended Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Motion for Sanctions (Dkt. 85, 102.)" (Doc 110). Good cause appearing,

IT IS ORDERED granting "Defendants Thomas, Griego, Lopez, Wead, and Powell's Amended Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Motion for Sanctions (Dkt. 85, 102.)" (Doc. 110). Defendants Thomas, Griego, Lopez, Wead, and Powell shall file their reply to their Motion for Summary Judgment (Doc. 85) no later than **July 28, 2023**. Defendants Thomas, Griego, Lopez, Wead, and Powell shall file a response to Plaintiff's "Motion for Sanctions against Defense Counsel "Eden Cohen" for Filing False Declarations in Her Motion for Summary Judgement" (Doc. 102) no later than **July 28, 2023**.

IT IS FURTHER ORDERED denying "Defendants Thomas, Griego, Lopez, Wead, and Powell's Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Motion for Sanctions (Dkt. 85, 102.)" (Doc. 109) as moot.

The parties are reminded that neither party shall file a document that contains more than one motion. Neither party shall file a response or reply that pertains to more than one motion. A document that fails to comply with this requirement may be stricken by the Court. (Doc. 14).

Dated this 13th day of July, 2023.

_____
Honorable Eileen S. Willett
United States Magistrate Judge